1
2
3  **JS-6**
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11 SOCORRO SALAS, GERARDO   )   Case No. EDCV 11-00524 VAP
   SALAS, AND ALIZE SALAS,  )   (OPx)
12 A MINOR, BY AND THROUGH  )
   HER GUARDIAN AD LITEM,   )   **JUDGMENT**
13 SOCORRO SALAS,           )
   INDIVIDUALLY AND AS      )
14 SUCCESSORS-IN-INTEREST   )
   TO THE ESTATE OF DAVID   )
15 SALAS,                   )
                            )
16         Plaintiffs,      )
                            )
17     v.                   )
                            )
18 THEY CITY OF CORONA, A   )
   PUBLIC ENTITY, BRYAN     )
19 SNOW (IN HIS OFFICIAL    )
   CAPACITY), AND DOES 1    )
20 THROUGH 10, INCLUSIVE,   )
                            )
21         Defendants.      )
   _____ )
22

23 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

24     Pursuant to the Order filed herewith, IT IS ORDERED
25 AND ADJUDGED:

26

27 •   Judgment is entered in favor of Defendants and
28     Plaintiffs shall take nothing as to Plaintiffs' claim

1     that Defendant Bryan Snow, acting in his official
2     capacity, used excessive force against David Salas in
3     violation of the Fourth Amendment to the United
4     States Constitution;

6 • Judgment is entered in favor of Defendants and
7     Plaintiffs shall take nothing as to Plaintiffs' claim
8     that Defendant Bryan Snow, acting in his official
9     capacity, violated Plaintiffs' substantive due
10    process rights under the Fourteenth Amendment to the
11    United States Constitution;

13 • Plaintiffs' remaining claims are DISMISSED WITHOUT
14    PREJUDICE to refiling in the California Superior
15    Court.

17 The Court orders that such judgment be entered.

20 Dated: January 31, 2012

                                      VIRGINIA A. PHILLIPS
21                           United States District Judge