**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCORRO SALAS, GERARDO SALAS, AND ALIZE SALAS, A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, SOCORRO SALAS, INDIVIDUALLY AND AS SUCCESSORS-IN-INTEREST TO THE ESTATE OF DAVID SALAS, <br><br> Plaintiffs, <br><br> v. <br><br> THEY CITY OF CORONA, A PUBLIC ENTITY, BRYAN SNOW (IN HIS OFFICIAL CAPACITY), AND DOES 1 THROUGH 10, INCLUSIVE, <br><br> Defendants. | Case No. EDCV 11-00524 VAP (OPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED:

- Judgment is entered in favor of Defendants and Plaintiffs shall take nothing as to Plaintiffs' claim

1  that Defendant Bryan Snow, acting in his official
2  capacity, used excessive force against David Salas in
3  violation of the Fourth Amendment to the United
4  States Constitution;

- Judgment is entered in favor of Defendants and Plaintiffs shall take nothing as to Plaintiffs' claim that Defendant Bryan Snow, acting in his official capacity, violated Plaintiffs' substantive due process rights under the Fourteenth Amendment to the United States Constitution;

- Plaintiffs' remaining claims are DISMISSED WITHOUT PREJUDICE to refiling in the California Superior Court.

The Court orders that such judgment be entered.

Dated:  January 31, 2012

VIRGINIA A. PHILLIPS
United States District Judge